IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROBERT FRANK SMITH,

    Plaintiff,

v.

DEBORAH M. KING; Ms. THORTON;
Dr. BROOME; JOHN PAUL; GEORGIA
DEPARTMENT OF CORRECTIONS;
and BRIAN OWENS,

    Defendants.

CIVIL ACTION NO.: CV612-040

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** for failure to state a claim for relief under 42 U.S.C. § 1983. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 12 day of July, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)